IN 64

# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| I-64 | E1728164 | FRIEL | 1165 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☒ USC ☐ State Code |
|---|---|
| 01/13/2026 5:00AM | 18 USC 1701 |

Place of Offense
960 Basswood St, Hoffman Estates, IL 60169

Offense Description: Factual Basis for Charge          HAZMAT ☐

Knowing + willful obstruction of mail
passage + conveyance of mail.

### DEFENDANT INFORMATION

Last Name
CLAYPOOL          KEVIN          S

Street Address
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☒ If Box A is checked, you must appear in court. See instructions. | B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |

$ _____ Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT AT
www.cvb.uscourts.gov →   $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address
DIRKSEN FEDERAL Building          Date TBD
219 S. DEARBORN ST
CHICAGO, IL 60604  RM 1025          Time 9:30AM

My signature certifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*E1728164*

CVB SCAN 02/25/2026 13:34

---

(For issuance of an arrest warrant or summons)

I state that on 02/12, 2026 while exercising my duties as a law enforcement officer in the NORTHERN District of ILLINOIS

SEE ATTACHMENT

The foregoing statement is based upon:
☐ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 02/12/2026          Anthony Friel
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT - Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 02/25/2026 13:34